UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MABLE SMITH,
    Plaintiff,

vs.                                  CASE NO. 8:07-CIV-992-T-17-MAP

SHRINER'S HOSPITAL FOR
CHILDREN, et al.,
    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Mark A. Pizzo on June 13, 2007 (Docket No. 3). The magistrate judge recommended that the Court deny the motion to proceed *in forma pauperis*; find the claims of the complaint to be barred by *res judicata*, and to dismiss the complaint with prejudice and close the case.

Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had ten (10) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc). No timely objections to the report and recommendation have been filed.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990).

CASE NO. 8:04-CIV-922-T-17

However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation. Accordingly, it is

**ORDERED** that the report and recommendation, June 13, 2007 (Docket No. 3) be **adopted** and **incorporated by reference**; the motion to proceed *in forma pauperis* (Docket No. 2) be **denied**; the Court finds that the claims of the complaint are barred by *res judicata*, and the case should be dismissed with prejudice. The Clerk of Court is directed to close the case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 5th day of July, 2007.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge